UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED SPAS MANUFACTURING INCORPORATED dba UNITED SPAS MANUFACTURING, et al.,<br><br>    Defendants. | No.  2:15-cv-01217 MCE-CKD<br><br>**ORDER** |

Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge as stated in their Joint Status Report (ECF No. 9). See 28 U.S.C. § 636(c).  According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///

///

///

1

1. IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Carolyn K. Delaney.  The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:15-cv-01217-CKD.  All currently scheduled dates presently set before Judge England are hereby VACATED.

Dated:  February 9, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated:  February 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE