UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON, | No.  2:15-cv-1217 CKD |
| Plaintiff, | |
| v. | ORDER |
| UNITED SPAS MANUFACTURING INC., et al., | |
| Defendants. | |

The court has been advised that this matter has settled.  Dispositional documents shall be filed within thirty days.

All hearing dates currently set in this matter are hereby vacated.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

Dated:  February 26, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 hopson1217.dispo

1