1  DANIEL MALAKAUSKAS, SBN 265903
2  P.O. Box 7006
   Stockton, CA 95267
3  Telephone: (866) 790-2242
   Facsimile: (888) 802-2440
4  Email: daniel@malakauskas.com

5  Attorney for PLAINTIFF

6
   MICHAEL WELCH, SBN 111022
7  MICHAEL WELCH & ASSOCIATES
   770 L Street, Suite 950
8  Sacramento, CA 95814
9  Tel/Fax: 916-449-3930
   Email:mdwelch@mail.com
10
11 Attorney for DEFENDANTS

12                    **UNITED STATES DISTRICT COURT**

13             **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| **CYNTHIA HOPSON**, | **CASE NO.: 2:15-cv-01217-CKD** |
| PLAINTIFF, | **STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF** |
| v. | |
| **UNITED SPAS MANUFACTURING INCORPORATED**, dba United Spas Manufacturing, **UNITED SPAS MANUFACTURING LIMITED LIABILITY COMPANY**, dba United Spas Manufacturing **TIMOTHY KELLY,** as an individual, and in his representative capacity for the Timothy and Nadine Commercial Property Trust, **NADINE KELLY,** as an individual, and in her representative capacity for the Timothy and Nadine Commercial Property Trust, and DOES 1-10, inclusive, | [Fed. R. Civ. P. 41] |
| DEFENDANTS. | |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear

**STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF**

1

their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Respectfully Submitted,

Dated: March 3rd, 2016

/s/Daniel Malakauskas_____
By: Daniel Malakauskas,
Attorney for Plaintiff

Dated: March 3rd, 2016

/s/Michael Welch_____
By; Michael Welch,
Attorneys for Defendants

## ORDER

**IT IS HEREBY ORDERED**, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: March 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF**

2